PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Crim. No. 8:22CR00019 |
| Silvia Yesenia Vazquez | |

On July 26, 2021 the above named was placed on probation/supervised release for a period of 36 Months. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*

U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 16th day of February, 20 24.

*[signature]*

Robert F. Rossiter, Jr.
Chief U.S. District Judge